IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-102-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENNETH ALEXANDER ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's correspondence regarding his return to federal custody (DE 45). Defendant states that he was arrested by the United States Marshals Service and placed in a pretrial detention facility after a "miscommunication" with staff at his halfway house. He requests that the court review the matter and provide information about why he has been arrested and returned to custody.

The Federal Bureau of Prisons' ("FBOP") inmate locator website indicates that defendant was released from custody on May 29, 2024. Accordingly, to the extent defendant is requesting relief from the court, the motion (DE 45) is DISMISSED as moot.

SO ORDERED, this the 8th day of August, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge